AO 450 (Rev. 11/11)  Judgment in a Civil Action

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CRISTINA SMITH | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:23-cv-18 |
| WAL-MART STORES EAST LP | ) |
| Defendant | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

**X** other:  Judgment is ENTERED in favor of Defendant, Wal-Mart Stores East LP, and against Plaintiff, Cristina Smith.

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Chief Judge Holly A. Brady on a Motion for Summary Judgment by Defendant, Wal-Mart Stores East LP.

DATE:  4/24/2025

*Chanda J. Berta, Clerk of Court*

by  s/E. Yike
*Signature of Clerk or Deputy Clerk*